SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
    Blaise S. Curet, #124983
    bcuret@spcclaw.com
    Lindsey A. Morgan, #274214
    lmorgan@spcclaw.com
Two Embarcadero Center, Suite 1410
San Francisco, California 94111
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | CASE NO.  3:16-CV-00433-JD<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FRCP 7.1 & LR 3-15 BY DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY** |

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3-15, Defendant Pacific Gas and Electric Company ("Defendant"), by and through its undersigned counsel, certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Pacific Gas and Electric Company, defendant; and

2. PG&E Corporation, the publicly traded parent company of Pacific Gas and Electric Company.

DATED: February 16, 2016      Respectfully submitted,

SINNOTT, PUEBLA,
CAMPAGNE & CURET, APLC


By: s/Lindsey A. Morgan
    BLAISE S. CURET
    LINDSEY A. MORGAN
    Attorneys for Defendant Pacific Gas and Electric Company

# PROOF OF SERVICE

I, Michelle Mejia, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111.

On February 16, 2016, I caused the **DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FRCP 7.1 & LR 3-15 BY DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY** to be served upon the parties listed:

<u>**VIA U.S. MAIL**</u>
Elias Stavrinides
1077 Hawthorne Cir.
Rohnert Park, CA  94928
(707) 483-7689
*PRO SE*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 16th day of February, 2016.

By: *Michelle Mejia*
MICHELLE MEJIA