IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES,

    Plaintiff,

v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 16-00433 WHA

**ORDER TO SHOW CAUSE**

In this debt collection action, defendant PG&E filed a motion to dismiss on February 16. Pro se plaintiff Elias Stavrinides' response was due on March 1, but no response has been received. By **NOON ON MARCH 15, 2016**, plaintiff is hereby ordered to show cause, in writing, why he failed to file a timely opposition. By the same date, plaintiff must also file either an opposition to the motion to dismiss or a statement of non-opposition. Failure to respond, or to show sufficient cause as to why plaintiff did not file a timely opposition, may result in dismissal of the case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE