IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES, | No. C 16-00433 WHA |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANT'S REPLY AND HEARING DATE** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

 Pro se plaintiff Elias Stavrinides has filed his opposition to the motion to dismiss (Dkt. No. 17). Defendant PG&E's reply shall be due on **MARCH 30**. The hearing shall remain at **EIGHT A.M. ON APRIL 21, 2016**, in Courtroom 8 on the 19th floor of the federal building in San Francisco.

**IT IS SO ORDERED.**

Dated: March 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE