UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES

CASE NO. 3:16-CV-00433-WHA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

PACIFIC GAS AND ELECTRIC COMPANY,

Defendant.
_____/

Counsel report that they have met and conferred regarding ADR and that they:

x    not yet reached an agreement to an ADR process

☐    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference  April 21, 2016

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Lindsey A. Morgan | Pacific Gas and Electric Company | (415) 352-6202 | lmorgan@spcclaw.com |
| Elias Stavrinides | Self | (707) 483-7689 | punchdrunk@gmail.com |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated:_____

Attorney for Plaintiff

Dated: April 1, 2016

s/Lindsey A. Morgan
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

PROOF OF SERVICE

I, Michelle Mejia, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111.

On April 4, 2016, I caused the **NOTICE OF NEED FOR ADR PHONE CONFERENCE** to be served upon the parties listed:

<u>**VIA U.S. MAIL**</u>
Elias Stavrinides
1077 Hawthorne Cir.
Rohnert Park, CA  94928
(707) 483-7689
*PRO SE*

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 4th day of April, 2016.

By: /s/ Michelle Mejia
MICHELLE MEJIA

CASE NO.: 3:16-CV-00433-MEJ