# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** April 21, 2016 | **Time:** 30 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 16-cv-00433-WHA | **Case Name:** Stavrinides v. Pacific Gas and Electric Co. | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Debra Pas | |

**Attorney for Plaintiff:** Elias Stavrinides, pro se

**Attorney for Defendant:** Lindsey Morgan, Blaise Curet

## PROCEEDINGS

[8] Motion to Dismiss - HELD.
Case Management Conference - NOT HELD.

## RESULT OF HEARING

1. Motion to Dismiss - Written order to issue.