IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC COMPANY,

    Defendant.

No. C 16-00433 WHA

**ORDER DENYING MOTION FOR LEAVE TO AMEND WITHOUT PREJUDICE**

On April 21, 2016, an order granted defendant's motion to dismiss. The order gave plaintiff until May 12, 2016, to file an amended complaint. On May 11, 2016, pro se plaintiff Elias Stavrinides filed a motion for leave to file an amended complaint but failed to attach an amended complaint. The motion for leave to file an amended complaint is **DENIED** without prejudice. Plaintiff shall have until **MAY 19, 2016 AT NOON** to file a motion for leave to file an amended complaint with the proposed amended complaint attached.

**IT IS SO ORDERED.**

Dated: May 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE