1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES,

        Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC
COMPANY,

        Defendant.

                           /

No. C 16-00433 WHA

**ORDER VACATING ORDER
DENYING LEAVE TO FILE
AMENDED COMPLAINT**

      On May 11, 2016, pro se plaintiff Elias Stavrinides filed a motion for leave to file an amended complaint. With the motion, plaintiff filed an amended complaint. Because the amended complaint listed another judge's initials, however, the amended complaint was not at first properly filed. Since then, the issue has been resolved and the amended complaint has been properly filed. As such, this order **VACATES** the earlier order denying leave to file the amended complaint. Defendant's opposition will be due **MAY 31, 2016**. Plaintiff's reply will be due **JUNE 7, 2016**. The hearing will be at **8:00 A.M. ON JUNE 16, 2016**.

      **IT IS SO ORDERED.**

Dated: May 17, 2016.

                             WILLIAM ALSUP
                             UNITED STATES DISTRICT JUDGE