UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

| **Date:** 6/16/16 | **Time:** 5 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:16-cv-00433-WHA | **Case Name:** Stavrinides v. Pacific Gas and Electric Company ||
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** Kathy Sullivan ||

**Attorney for Plaintiff:** Elias Stavrinides (pro se)

**Attorney for Defendant:** Blaise Curet; Lindsey Morgan

PROCEEDINGS

Motion for Leave to File Amended Complaint - Taken Under Submission

**PRETRIAL SCHEDULE:**