IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIAS STAVRINIDES,

    Plaintiff,

  v.

PACIFIC GAS AND ELECTRIC CO.,

    Defendant.

No. C 16-00433 WHA

**ORDER RE OPERATIVE COMPLAINT**

The Clerk shall please **DOCKET** the proposed amended complaint filed on May 11, 2016 (Dkt. No. 31) as the operative complaint subject to the limitations of the order granting leave to amend (Dkt. No. 36). The motion for leave to amend filed on July 1, 2016, is **DENIED** as moot (Dkt. No. 39). Defendant's answer filed on June 30, 2016, shall be treated as the operative answer (Dkt. No. 38).

**IT IS SO ORDERED.**

Dated: July 1, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE