SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
Blaise S. Curet, #124983
bcuret@spcclaw.com
Lindsey A. Morgan, #274214
lmorgan@spcclaw.com
2000 Powell Street, Suite 830
Emeryville, California 94608
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant PACIFIC GAS AND ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　Defendant. | CASE NO. 3:16-CV-00433-WHA<br><br>~~[PROPOSED]~~ **ORDER DISMISSING CASE WITH PREJUDICE** |

1  IT IS HEREBY ORDERED that pursuant to the stipulation submitted by
2 Plaintiff, Elias Stavrinides, and Defendant, Pacific Gas and Electric Company,
3 jointly requesting dismissal pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(A)(ii), the matter is dismissed with prejudice.  Each party shall bear its own
5 costs and fees.

DATE:  February 8, 2017            _____
　　　　　　　　　　　　　　　　　　　　　Hon. William Alsup
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1