**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS STAVRINIDES, | No. C 16-00433 WHA |
| Plaintiff, | |
| v. | **ORDER RE STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE** |
| PACIFIC GAS AND ELECTRIC CO., | |
| Defendant. | |

The Court is in receipt of the stipulated request for dismissal with prejudice filed by defense counsel in this action (Dkt. No. 46). Pursuant to Local Rule 5-1(i), defense counsel shall "attest that concurrence in the filing of the document has been obtained from [plaintiff]." The attestation "may be incorporated into the document itself, or take the form of a declaration attached to the document."

**IT IS SO ORDERED.**

Dated: February 8, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE