1  SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
   Blaise S. Curet, #124983
2  bcuret@spcclaw.com
   Lindsey A. Morgan, #274214
3  lmorgan@spcclaw.com
   2000 Powell Street, Suite 830
4  Emeryville, California  94608
   Tel.: (415) 352-6200; Fax: (415) 352-6224
5
   Attorneys for Defendant PACIFIC GAS AND
6  ELECTRIC COMPANY

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | ELIAS STAVRINIDES, | CASE NO.  3:16-CV-00433-WHA |
12 | Plaintiff, | |
13 | vs. | **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |
14 | PACIFIC GAS AND ELECTRIC COMPANY, | |
15 | Defendant. | |

(Note: "[PROPOSED]" is struck through.)

1 | IT IS HEREBY ORDERED that pursuant to the stipulation submitted by Plaintiff, Elias Stavrinides, and Defendant, Pacific Gas and Electric Company, jointly requesting dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the matter is dismissed with prejudice. Each party shall bear its own costs and fees.

DATE: February 10, 2017       _____
                              Hon. William Alsup
                              United States District Court Judge

1